IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMY LEE KROFT,
D.O.C. # X25395,

    Plaintiff,

v.                                                                                              4:24cv324–WS/MAF

RICKY DIXON, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed October 7, 2024. The magistrate judge recommends that (1) Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) be denied; and (2) Plaintiff's complaint be dismissed with prejudice for failure to comply with a court order and because his allegation of poverty is untrue and was filed willfully, maliciously, and in bad faith. Plaintiff has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the report and

recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's motion (ECF No. 2) for leave to proceed in forma pauperis is DENIED.

3. This case is hereby DISMISSED with prejudice for failure to comply with a court order and because his allegation of poverty is untrue and was filed willfully, maliciously, and in bad faith.

4. The dismissal counts as a "strike" pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

5. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

6. The clerk shall close the case.

DONE AND ORDERED this __10th__ day of __November__, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE